IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLEN COSBY, Inmate #B36680, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BIG MUDDY RIVER CORRECTIONAL )<br>CENTER, *et al.*, )<br>)<br>Defendants. | CIVIL NO. 07-232-WDS |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Plaintiff, a prisoner proceeding pro se, filed a civil case pursuant to 42 U.S.C. § 1983. With the complaint, Plaintiff filed four pages of a trust fund account statement from the Big Muddy River Correctional Center reflecting the removal of monies from his trust fund account statement. The Court initially construed these pages as a motion to proceed *in forma pauperis* (Doc. 2). The Court, however, later determined that the pages should be treated as exhibits to the complaint rather than as a motion to proceed *in forma pauperis*. Consequently, on August 8, 2007, the Court entered an Order directing plaintiff to either pay the full $350 filing fee or submit a proper motion to proceed *in forma pauperis* within thirty days (Doc. 4). More than thirty days have passed and Plaintiff still has not either paid the full $350 filing fee or submitted a proper motion to proceed *in forma pauperis*. Therefore, the instant complaint will be dismissed, with

prejudice, for failing to comply with the Court's Order.  *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

**DATED: October 17, 2007.**

<u>**s/ WILLIAM D. STIEHL**</u>
            **DISTRICT JUDGE**